**NORTON ROSE FULBRIGHT US LLP**
EVA YANG (BAR NO. 306215)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
eva.yang@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
JASON K. FAGELMAN (*Pro Hac Vice Application Forthcoming)*
JOSEPH E. SIMMONS (*Pro Hac Vice Application Forthcoming*)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
jason.fagelman@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

*Attorneys for TriZetto Provider Solutions, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAHN,<br><br>            Plaintiff,<br><br>        v.<br><br>OPEN DOOR COMMUNITY HEALTH CENTERS, a California corporation; TRIZETTO PROVIDER SOLUTIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 3:26-cv-02267-AMO<br><br>~~[PROPOSED]~~ **ORDER RE: DEFENDANT TRIZETTO PROVIDER SOLUTIONS, LLC'S MOTION TO TRANSFER PLAINTIFF'S COMPLAINT TO THE EASTERN DISTRICT OF MISSOURI PURSUANT TO 28 U.S.C. § 1404**<br><br>Judge:  Hon. Martínez-Olguín |

DOCUMENT PREPARED ON RECYCLED PAPER

3:26-cv-02267-AMO

Having considered Defendant TriZetto Provider Solutions, LLC ("**TPS**")'s Unopposed Motion to Transfer Plaintiff's Complaint to the Eastern District Of Missouri Pursuant to 28 U.S.C. § 1404.

**IT IS HEREBY ORDERED:**

1.    This matter be transferred to the Eastern District of Missouri pursuant to 28 U.S.C. § 1404.

2.    All pending motions are terminated, subject to re-submission, if appropriate, in the Eastern District of Missouri.

Dated: ___May 14_____, 2026.

_____

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER ON TPS'S UNOPPOSED MOTION TO TRANSFER